**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

REY A.,                                        Case No. 26-CV-2287 (NEB/JFD)

        Petitioner,

v.                                                                **ORDER**

TODD BLANCHE, MARKWAYNE
MULLIN, TODD M. LYONS, DAVID
EASTERWOOD, and ERIC
TOLLEFSON,

        Respondents.

**IT IS HEREBY ORDERED THAT:**

1.      Respondents are directed to file an answer to Petitioner Rey A.'s Petition for Writ of Habeas Corpus (Dkt. No. 1) within **14** days of this Order's date, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.      Respondents' answer shall include:

    a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

    b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

    c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      If Petitioner intends to file a reply to Respondents' answer, he must do so within **7** days of the date of the answer's filing. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: May 4, 2026                              *s/ John F. Docherty*
                                                JOHN F. DOCHERTY
                                                United States Magistrate Judge