## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

REY A. A. F.

Petitioner,

v.

TODD BLANCHE, Acting Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and ERIC TOLLEFSON, Sheriff of Kandiyohi County,

Respondents.

Case No. 26-CV-2287 (NEB/JFD)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

The Court has received the May 29, 2026 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 12.) No party has objected[1] to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

[1] The Court notes that the government has objected in cases decided on similar reasoning. *See, e.g.*, *Felipe S.P. v. Blanche*, No. 26-CV-2212 (NEB/DJF) (ECF No. 14) (D. Minn. May 22, 2026). It is unclear whether, in this case, the government concedes that Judge Docherty's analysis is correct or that the circumstances warrant a different outcome.

1.    The Report and Recommendation (ECF No. 12) is ACCEPTED.

2.    The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED in part and DENIED in part.

3.    Respondents are ORDERED to provide Petitioner with a bond hearing within seven days of this Order or release him from custody.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 10, 2026                                          BY THE COURT:

                                                              s/Nancy E. Brasel
                                                              Nancy E. Brasel
                                                              United States District Judge